# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **The County Commission of Fayette County, West Virginia**, a political subdivision of the State of West Virginia, | Case No. 2:21-cv-00307 |
| Plaintiff; | |
| **Ex. Rel. Anthony Ciliberti, Esq., Fayette County Prosecuting Attorney**, | |
| Relator; | |
| v. | |
| **National Grid NE Holdings 2 LLC**, a Massachusetts Limited Liability Company, *et al.*, | |
| Defendants | |

## NATIONAL GRID NE HOLDINGS 2 LLC'S MOTION TO DISMISS CONTINENTAL INSURANCE COMPANY'S SECOND CROSS-CLAIM

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant National Grid NE Holdings 2 LLC ("National Grid 2") hereby move, pursuant to the federal abstention doctrine articulated in *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995) and *Brillhart v. Excess Ins. Co. of America,* 316 U.S. 491 (1942), and under Local Civil Rule 7.1, for an order dismissing without prejudice Continental's second Cross-Claim filed in this action against National Grid 2. *See* ECF 30 at 59–62.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, National Grid 2 will rely upon the Declaration of Francis J. Murphy and Exhibits 1–7 annexed thereto, and National Grid 2's Memorandum of Law submitted herewith.

| | |
|---|---|
| Dated:  August 2, 2021 | **National Grid NE Holdings 2 LLC**<br><br>By:<br><br> /s/*Albert F. Sebok*_____<br>Thomas J. Hurney, Jr. (WVSB #1833)<br>Albert F. Sebok (WVSB #4722)<br>Robert G. McLusky (WVSB #2489)<br>M. Shane Harvey (WVSB #6604)<br>Jackson Kelly PLLC<br>P.O. Box 553<br>Charleston, WV 25322<br>Telephone: (304) 340-1000<br>Facsimile: (304) 340-1050<br>thurney@jacksonkelly.com<br>afs@jacksonkelly.com<br>rmclusky@jacksonkelly.com<br>sharvey@jacksonkelly.com<br><br>*Counsel for Defendant National Grid NE Holdings 2 LLC* |

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**The County Commission of Fayette County, West Virginia,** a political subdivision of the State of West Virginia,

    Plaintiff;

**Ex. Rel. Anthony Ciliberti, Esq., Fayette County Prosecuting Attorney,**

    Relator,

    v.

**National Grid NE Holdings 2 LLC**, A Massachusetts Limited Liability Company, *et al.*,

    Defendants.

Case No. 2:21-CV-00307

## CERTIFICATE OF SERVICE

I, Albert F. Sebok, counsel for National Grid NE Holdings 2 LLC, do certify that on August 2, 2021, I served the ***National Grid NE Holdings 2 LLC's Motion to Dismiss Continental Insurance Company's Second Cross-Claim*** via this Court's CM/ECF electronic filing system, which delivered electronic notice of this filing to all e-filing participants in this action.

                                                        /s/ *Albert F. Sebok*
                                                        Albert F. Sebok (WVSB #4722)