IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| COUNTY COMMISSION OF FAYETTE COUNTY, WEST VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GRID NE HOLDINGS 2 LLC, et al.,<br><br>Defendants. | Case No.2:21-cv-00307 |

## AMENDED AND RESTATED NOTICE OF CHAPTER 11 BANKRUPTCY

This Amended and Restated Notice of Chapter 11 Bankruptcy is filed by the PCC Liquidating Trust on behalf of Eastern Associated Coal, LLC ("Eastern Associated"), a terminated and dissolved company, by counsel, to amend and restate that certain notice filed on July 28, 2021 [Docket No. 35] and hereby makes this special appearance to note the following:

1. Eastern Associated filed a petition in bankruptcy on May 12, 2015, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") under chapter 11 of Title 11 of the United States Code.

2. The bankruptcy case was assigned case number 15-32484, and was jointly administered under that certain case designated as *In re Patriot Coal Corporation*, Case No. 15-32450.

3. Patriot Coal Corporation and its affiliates, including Eastern Associated, filed with the Bankruptcy Court the *Debtors' Fourth Amended Joint Plan of*

*Reorganization Pursuant to Chapter 11 of the Bankruptcy Code,* dated October 7, 2015 (as amended, supplemented, or modified, the "Plan"), as part of the bankruptcy proceedings.

4. The Plan was confirmed by the Bankruptcy Court pursuant to the *Findings of Fact, Conclusions of Law and Order (I) Confirming the Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and (II) Approving the Fourth Amended Disclosure Statement* entered on October 9, 2015 [Docket No. 1615] (the "Confirmation Order"). A copy of the Confirmation Order is attached hereto as Exhibit A.

Respectfully Submitted,

**PCC LIQUIDATING TRUST EX REL. EASTERN ASSOCIATED COAL, LLC**

By: _____
Counsel

Tiffany R Durst, State Bar No. 7441
**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
2414 Cranberry Square
Morgantown, West Virginia 26508
Telephone: (304) 225-2200
Facsimile: (304) 225-2214
Email: tdurst@pffwv.com
*Counsel for PCC Liquidating Trust
Ex Rel. Eastern Associated Coal, LLC*

4826-1253-0580.1                    2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| COUNTY COMMISSION OF FAYETTE COUNTY, WEST VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GRID NE HOLDINGS 2 LLC, et al.,<br><br>Defendants. | Case No.2:21-cv-00307 |

### CERTIFICATE OF SERVICE

The undersigned, counsel does hereby certify on this 17th day of August, 2021, that a true copy of the foregoing "**AMENDED AND RESTATED NOTICE OF CHAPTER 11 BANKRUPTCY**" was served upon undersigned counsel by uploading the same to the Court's CM/ECF Filing System, which will notify counsel as follows:

> Michael O. Callaghan, Esq.
> c/o NEELY & CALLAGHAN
> 1337 Virginia Street East
> Charleston, WV 25301
> Telephone: (304) 343-6500
> Facsimile: (304) 343-6528
> *Counsel for Plaintiff*

Tiffany R. Durst, WV State Bar No. 7441

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
2414 Cranberry Square, Morgantown, West Virginia 26508
Telephone: (304) 225-2200 | Facsimile: (304) 225-2214

EXHIBIT A
Confirmation Order