IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THE COUNTY COMMISSION OF
FAYETTE COUNTY, WEST VIRGINIA, et al.,

          Plaintiffs,

v.                                        CIVIL ACTION NO.  2:21-cv-00307

NATIONAL GRID NE HOLDINGS 2 LLC, et al.,

          Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered on March 20, 2024, the Court **GRANTS** Defendant National Grid NE Holdings 2 LLC's Motion for Summary Judgment, (ECF No. 984), **DENIES** Plaintiff County Commission of Fayette County, West Virginia's Motion for Partial Summary Judgment, **DISMISSES** the Second Amended Complaint, (ECF No. 499), and **DIRECTS** the Clerk to remove this case from the Court's active docket.  In the unlikely event of reversal, the Court can enter an order reopening Count Eight of the Second Amended Complaint.

    **IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:        May 20, 2024

_____
THOMAS E. JOHNSTON, CHIEF JUDGE